UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                 No. 20 CR 317-LTS

JONATHAN SMITH,

        Defendant.

-------------------------------------------------------x

## ORDER

At the parties' request, a change of plea hearing is hereby scheduled for **April 21, 2021, at 11:00 a.m**. Because, time, date, and modality cannot be confirmed until the end of the preceding week, counsel are requested to keep their calendars open from 9:00 a.m. to 2:00 p.m. on April 21, 2021.

SO ORDERED.

Dated: New York, New York
        April 5, 2021

                                                              /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge