## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

rradick@maglaw.com
(212) 880-9558

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

July 15, 2021

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Jonathan Smith, 20 Cr. 317 (LTS)

Dear Chief Judge Swain:

On behalf of Jonathan Smith, I respectfully request an adjournment of Mr. Smith's sentencing.

Mr. Smith's sentencing is currently scheduled for July 28, 2021. At this time, we are still gathering sentencing letters and mitigation information relevant to a detailed Section 3553(a) analysis for Mr. Smith. We expect that an adjournment of approximately 60 days will permit us sufficient time to obtain those materials from Mr. Smith, his family, and his friends. Therefore, subject to the Court's availability, we respectfully request that Mr. Smith's sentencing be adjourned until approximately the last week of September 2021.

We have discussed this proposed adjournment with AUSA Thomas John Wright, and he consents. Mr. Smith also has given us his consent for the proposed adjournment. This is the first request for an adjournment of the sentencing date in this matter.

We thank the Court for its consideration of this request.

Respectfully submitted,

 /s/ Robert M. Radick
Robert M. Radick

The foregoing adjournment request is granted.  The sentencing proceeding is hereby scheduled for 10:00AM on September 30, 2021.  Dkt. entry no. 54 resolved.
SO ORDERED.
7/15/2021
/s/ Laura Taylor Swain, Chief USDJ

cc:   Assistant U.S. Attorney Thomas John Wright (by email and ECF)
      Kristen M. Santillo, Esq. (by email and ECF)
      Probation Officer Christopher F. Paragano (by email)