# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

rradick@maglaw.com
(212) 880-9558

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 23, 2021

**By ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: *United States v. Jonathan Smith*, 20 Cr. 317 (LTS)

Dear Chief Judge Swain:

On behalf of Jonathan Smith, I respectfully request an adjournment of Mr. Smith's sentencing.

Mr. Smith's sentencing was originally scheduled for July 28, 2021. We previously requested, and this Court granted, an adjournment of 60 days in order to permit us to gather sentencing letters and mitigation information relevant to a detailed Section 3553(a) analysis for Mr. Smith. (ECF 54). As a result of that adjournment, Mr. Smith's sentencing is currently scheduled for September 30, 2021.

At this time, we respectfully request one additional adjournment. The reason for this request is that I underwent surgery on September 17, 2021 and it is unclear whether I would be able to be present at a sentencing proceeding on September 30.

I have discussed this proposed adjournment with Assistant United States Attorney Thomas John Wright, and he has graciously given his consent. Additionally, the parties have corresponded by email with Chambers regarding the proposed adjournment, and according to that correspondence, respectfully request a new sentencing date of December 1.

Finally, the parties both seek an in-person sentencing proceeding.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

The Honorable Laura Taylor Swain
September 23, 2021
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Robert M. Radick
Robert M. Radick

cc: Assistant U.S. Attorney Thomas John Wright (by ECF)
Kristen M. Santillo, Esq. (by ECF)
Probation Officer Christopher F. Paragano (by email)

The foregoing adjournment request is granted.  The sentencing proceeding is hereby rescheduled for December 1, 2021 at 10:00am in Courtroom 17C.
SO ORDERED.
9/23/2021
/s/ Laura Taylor Swain, Chief USDJ