UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　No. 20-CR-317-LTS

JONATHAN SMITH　　　　　　　　　　　　　　　　　　ORDER

        Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case is scheduled to proceed on **December 1, 2021**, at **10:00AM** in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York　　　　　　　　　　/s/ Laura Taylor Swain
        November 18, 2021　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge