UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                      No.  20-CR-317-LTS

JONATHAN SMITH                                                      ORDER

        Defendant.

-------------------------------------------------------x

        The parties in this action are directed to meet and confer immediately and file a joint letter by **11:00AM** on **November 24, 2021**, setting forth their positions as to whether a Fatico hearing will be necessary in connection with the upcoming sentencing, and if so, how much time should be set aside for the hearing and sentencing proceeding.

        SO ORDERED.

Dated: New York, New York                   /s/ Laura Taylor Swain
      November 22, 2021                       LAURA TAYLOR SWAIN
                                                                Chief United States District Judge