UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                      No. 20-CR-317-LTS-2

JONATHAN SMITH,

-----------------------------------------------------------X

LAURA TAYLOR SWAIN, CHIEF UNITED STATES DISTRICT JUDGE

## ORDER

The C.J.A. attorney assigned to this case, Mr. Robert Martin Radick, is hereby ordered substituted and the representation of the defendant in the above-captioned matter is assigned to Mr. David Bertan.

Dated: New York, New York
      May 6, 2026

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge