UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States of America,


      -v-                                                    20CR317-LTS

Jonathan Smith,

                    Defendant.

--------------------------------------------------------x

## **ORDER**

             For the reasons stated on the record of the supervised release revocation proceeding commenced today, it is hereby ordered that Mr. Smith's conditions of supervision be modified as follows:

1- Mr. Smith shall abide by the requirements of home detention under a curfew. Mr. Smith shall remain in his approved residence during hours defined by a curfew, the precise parameters of which will be set by the Probation Officer in consultation with Mr. Smith, that is designed to permit him to work, attend to medical and legal appointments, and attend to any permitted child care activities. Mr. Smith's compliance with this condition shall be monitored by technology selected by the Probation Officer and Mr. Smith shall comply with the technological conditions of that method, and shall pay a copayment toward the cost of such monitoring as directed by the Probation Officer. The curfew and monitoring shall commence as directed by the Probation Officer.

2- Mr. Smith shall have no contact, direct or indirect (including in person, by messaging, social media, or telephone) with Ms. Morrison and Ms. Hughes, who are referred to in the Probation Office's Amended Petition dated May 8, 2026.

3- All other conditions remain in place as originally set and Mr. Smith must abide by them.


           SO ORDERED.

Dated: New York, New York             /s/ Laura Taylor Swain
      May 11, 2026                 LAURA TAYLOR SWAIN
                                     Chief United States District Judge