**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 6, 2026

**By ECF**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Jonathan Smith*, 20 CR 317 (LTS)**

Dear Chief Judge Swain,

The Government respectfully submits this letter on behalf of the parties to request a further adjournment of the appearance in these violation of supervised release proceedings scheduled for July 9, 2026 at 11:00 AM to July 30, 2026 at 2:30 PM, a date and time the parties understand is convenient for the Court. The Government has not yet succeeded in obtaining the principal evidence of interest to both parties with respect to the pending specifications but will work with Probation during the time afforded by the requested adjournment to attempt to remedy that issue.

Respectfully,

JAY CLAYTON
United States Attorney

By: Thomas John Wright
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Kyro King (United States Probation Office) (by email)
David Bertan and Jeff Lee (Counsel to Defendant Jonathan Smith) (by ECF)

The foregoing request is granted. The conference scheduled in this matter is hereby adjourned from July 9, 2026 to **July 30, 2026 at 2:30 PM**. DE 137 resolved.

SO ORDERED.
7/7/2026
/s/ Laura Taylor Swain, Chief USDJ